

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN MANUEL RIVAS, | § | |
| | | No. 08-12-00228-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 65th District Court |
| SYLVIA V. RIVAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2002CM2706) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment as to the division of the community estate. We therefore reverse and remand for retrial on the division of the community estate, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF NOVEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating